IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

NORA JEAN FARIAS,                §
ADMINISTRATOR OF THE ESTATE      §
OF LARRY E. JACKSON II;          §
                                 §
         Plaintiff,              §
                                 §
v.                               §     CIVIL ACTION NO.  6:16-CV-00019-KNM
                                 §
ERIC CHRISTENSEN,                §
                                 §
         Defendant.              §

## VERDICT OF THE JURY

### INTERROGATORY NO. 1

Do you find from a preponderance of the evidence that the Defendant was deliberately indifferent to the serious medical needs of Larry E. Jackson, II, on January 16, 2014?

_____NO_____ (answer yes or no)

If you have answered "Yes" to Interrogatory No. 1, then answer Interrogatory No. 2. Otherwise, do not answer Interrogatory No. 2.

### INTERROGATORY NO. 2

What sum of money, if any, would fairly and reasonably compensate the Plaintiff for the damages, if any, caused by the Defendant?

_____ (answer in dollars and cents)

SO SAY WE ALL.

DATED: September 19, 2017.

1