IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NORA JEAN FARIAS, ADMINISTRATOR OF THE ESTATE OF LARRY E. JACKSON, II | § § § § § § § § § § § | CIVIL ACTION NO. 6:16-CV-19 |
| v. | | |
| ERIC CHRISTENSEN | | |

## FINAL JUDGMENT

A jury trial commenced in this case on September 18, 2017, and the jury reached and returned its verdict on September 19, 2017. The jury having reached a unanimous verdict, it is

**ORDERED** and **ADJUDGED** that Plaintiff take nothing and that the action be **DISMISSED** with prejudice on the merits.

So ORDERED and SIGNED this 19th day of September, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE